**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | *Radix Hawk Holdings, LLC* |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | *87-4762702* |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *1110 Highway A1A*<br>*Satellite Beach, FL 32937*<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Brevard*<br>County | **Location of principal assets, if different from principal place of business**<br>*5859 American Way Orlando, FL 32819*<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Radix Hawk Holdings, LLC**                              Case number (*if known*) _____
         Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor **Radix Hawk Holdings, LLC**  Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Radix Hawk Holdings, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 24, 2025**
MM / DD / YYYY

**X** **/s/ James Hannon**              **James Hannon**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Craig I. Kelley**           Date **March 24, 2025**
Signature of attorney for debtor              MM / DD / YYYY

**Craig I. Kelley 782203**
Printed name

**Kelley Kaplan & Eller, PLLC**
Firm name

**1665 Palm Beach Lakes Blvd**
**The Forum - Suite 1000**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone **561-491-1200**       Email address **craig@kelleylawoffice.com**

**782203 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  *Radix Hawk Holdings, LLC* | |
| United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA** | ☐ Check if this is an amended filing |
| Case number (if known): _____ | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| *Altamar Financial Group, LLC* <br> *1000 Brickell Avenue* <br> *Suite 560* <br> *Miami, FL 33131* | | *5859 American Way* <br> *Orlando, Florida 32819* | | *$14,717,416.53* | *Unknown* | *Unknown* |
| *Blackleaf Holdings, LLC* <br> *7343 Harlie Street* <br> *Orlando, FL 32819* | | | *Contingent Unliquidated Disputed* | | | *$0.00* |
| *Carsten's Property Group* <br> *127 W Fairbans Avenue* <br> *Suite 287* <br> *Winter Park, FL 32789* | | | *Contingent Unliquidated Disputed* | | | *$0.00* |
| *HD Supply Facilities Mainten* <br> *3400 Cumberland Boulevard* <br> *Atlanta, GA 30339* | | | | | | *$0.00* |
| *JDLL, LLC* <br> *1110 Highway A1A* <br> *Satellite Beach, FL 32937* | | | | | | *$0.00* |
| *Orange County Tax Collector* <br> *301 S. Rosalind Avenue* <br> *Orlando, FL 32801* | | *5859 American Way* <br> *Orlando, Florida 32819* | | *Unknown* | *Unknown* | *Unknown* |
| *VIP Jets* <br> *12 Broad Street* <br> *Suite 300* <br> *Red Bank, NJ 07701* | | *5859 American Way* <br> *Orlando, Florida 32819* | | *$1,145,500.00* | *Unknown* | *Unknown* |

Radix Hawk Holdings, LLC
1110 Highway A1A
Satellite Beach, FL 32937

Internal Revenue Service
Attorney General
United States Dept Justice
Tenth & Constitution
Washington, DC 20530

Thomas Graner
Graner Platze  & Allison
1699 S. Federal Highway
Boca Raton, FL 33432

Craig I. Kelley
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401

Internal Revenue Service
The Honorable Benjamin G. Gr
Acting US Attorney
99 NE 4th Street
Miami, FL 33132

VIP Jets
12 Broad Street
Suite 300
Red Bank, NJ 07701

Altamar Financial Group, LLC
1000 Brickell Avenue
Suite 560
Miami, FL 33131

Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg
51 S.W. 1st Ave., 11th Floor
Miami, FL 33130

Blackleaf Holdings, LLC
7343 Harlie Street
Orlando, FL 32819

JDLL, LLC
1110 Highway A1A
Satellite Beach, FL 32937

Carsten's Property Group
127 W Fairbans Avenue
Suite 287
Winter Park, FL 32789

LALA Homes, LLC
159 NW 83rd Street
Miami, FL 33150

Florida Dept.of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

Orange County Tax Collector
301 S. Rosalind Avenue
Orlando, FL 32801

HD Supply Facilities Mainten
3400 Cumberland Boulevard
Atlanta, GA 30339

ORLSYR, LLC

Honest Insurance Solutions
1400 East Vine Street
Suite A
Kissimmee, FL 34744

RAYNAT, LLC
4225 Fox Street #106
Orlando, FL 32814

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Suncoast Building Material
101 Mary Jess Road
Orlando, FL 32839